NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Joan C. Spaeder-Younkin, Esq.
Ronald D. Roup, Esq.
Roup & Associates, A Law Corporation
23101 Lake Center Drive, Suite 310
Lake Forest, CA 92630
(949) 472-2377

ATTORNEYS FOR: Defendant Litton Loan Servicing, LP

FILED
2009 MAY -4 PM 3:38
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAQUELINE M. VALDEZ

Plaintiff(s),

v.

OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50

Defendant(s)

CASE NUMBER: ED CV 09 - 00861 VAP (OPx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant Litton Loan Servicing, LP
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jaqueline M. Valdez | Plaintiff |
| Ownit Mortgage Solutions, Inc. | Defendant |
| Litton Loan Servicing | Defendant |

5-4-09
Date

[Signature]
Sign

Joan C. Spaeder-Younkin, Esq.
Attorney of record for or party appearing in pro per

CV-30 (12/03)                    NOTICE OF INTERESTED PARTIES