Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
Brad M. Simon (244369) brad@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
*Phone*: (949) 472-2377
*Fax*:   (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAQUELINE M. VALDEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50,<br><br>    Defendants<br><br>_____ | Case No. EDCV 09-861-VAP (OPx)<br><br>*[Removal from the Superior Court of California, County of San Bernardino, Case No. CIVRS903354]*<br><br>**REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE COMPLAINT**<br><br>Motion to Dismiss/Motion to Strike:<br>Date:         June 22, 2009<br>Time:        10:00 a.m.<br>Courtroom: 2<br>Judge:       Hon. Virginia A. Phillips |

TO THE HONORABLE UNITED STATES DISTRICT COURT, ALL PARTIES AND COUNSEL OF RECORD:

Defendant, LITTON LOAN SERVICING LP (hereinafter "Defendant" or "Litton"), respectfully request this Court, pursuant to *Fed. R. Evid. §201* take judicial notice of the following writings in connection with Defendant's motion for order dismissing complaint for

failure to state a claim upon which relief may be granted and motion to expunge lis pendens:

1.     A **Grant Deed,** recorded July 9, 2004, as Instrument No. 2004-0490627 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference.

2.     A **Deed of Trust**, recorded May 24, 2006, as Instrument No. 2006-0356655 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "B"** and incorporated herein by this reference.

3.     A **Second Deed of Trust**, recorded May 24, 2006, as Instrument No. 2006-0356656 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "C"** and incorporated herein by this reference.

4.     An **Assignment of Deed of Trust**, recorded March 16, 2009, as Instrument No. 2009-0108856 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "D"** and incorporated herein by this reference.

5.     A **Notice of Default** recorded November 7, 2008, as Instrument No. 2008-0489101 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "E"** and incorporated herein by this reference.

6.     A **Notice of Trustee's Sale** recorded February 10, 2009, as Instrument No. 2009-0056830 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "F"** and incorporated herein by this reference.

7.     A **Trustee's Deed Upon Sale** recorded March 16, 2009, as Instrument No. 2009-0108857 in the official records of San Bernardino County, a true and correct copy of which is attached hereto as **Exhibit "G"** and incorporated herein by this reference.

8.     A **Complaint**, entitled David W. Cole; Lori L. Kellett vs. Popular Mortgage Servicing; People's Choice Home Loan; HSBC; Home Coming Financial; Does 1 To 50, in the Superior Court of California, County of Orange, as Case No. 30-2009 00120116, a true and correct copy of which is attached hereto as **Exhibit "H"** and incorporated herein by reference.

1  ///

2       9.    A true and correct copy of <u>Sicairos v. NDEX West, LLC</u> 2009 WL 385855, 2

3 -3 (S.D.Cal.,2009), <u>Quintos v. Decision One Mortg. Co., LLC</u> 2008 WL 5411636, 3

4 (S.D.Cal.,2008), and <u>San Diego Home Solutions, Inc. v. Reconstrust Co.</u> 2008 WL 5209972,

5 2 (S.D.Cal.) (S.D.Cal.,2008) is attached hereto as **Exhibit "I"** and incorporated herein by

6 reference.

8 Dated: May 8, 2009         ROUP & ASSOCIATES, A LAW CORPORATION

9                        By:  */s/ Ronald D. Roup*
                           Ronald D. Roup
                           Attorneys for Defendant,
                           HSBC BANK USA NATIONAL ASSOCIATION

---

3

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**