# EXHIBIT "F"

Recorded in Official Records, County of San Bernardino   2/10/2009 8:00 AM SG

**LARRY WALKER**
Auditor/Controller – Recorder



RECORDING REQUESTED BY
The Wolf Firm

771 Document Processing Solutions

AND WHEN RECORDED MAIL TO:
The Wolf Firm
38 Corporate Park
Irvine, California 92606

Doc#: 2009-0056830    Titles: 1    Pages: 1
Fees         12.00
Taxes         0.00
Other         0.00
PAID        $12.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No. 08-1870-11
Loan No. 17081217/VALDEZ

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 5/12/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **JACQUELINE M. VALDEZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**
Duly Appointed Trustee: **THE WOLF FIRM, A LAW CORPORATION**
Recorded 5/24/2006 as Instrument No. 2006-0356655 in book , page , of Official Records in the office of the Recorder of San Bernardino County, California,
Date of Sale: 3/2/2009 at 1:00 PM
Place of Sale:    At the main (south) entrance to the City of Chino Civic Center, 13220 Central Ave., Chino, CA
Amount of unpaid balance and other charges: $384,325.40, estimated
Street Address or other common designation of real property:    2620 PRAIRIE DUNES PLACE, ONTARIO, CA 91761
A.P.N.: 0113-571-37
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.
Date: 2/9/2009

THE WOLF FIRM, A LAW CORPORATION
Irvine, California 92606
(949) 720-9200
Foreclosure Dept. Fax (949) 608-0130
Sale Information Only: (714) 573-1965

*Brenda Del Real*

BRENDA DEL REAL, FORECLOSURE OFFICER
Brenda Del Real