# EXHIBIT "G"

Recorded In Official Records, County of San Bernardino  3/16/2009 8:00 AM LM

**LARRY WALKER**
Auditor/Controller – Recorder

771 Document Processing Solutions

RECORDING REQUESTED BY:
THE WOLF FIRM, A LAW CORPORATION
Mail Tax Bill to:
AND WHEN RECORDED MAIL TO:

REO DEPT
LITTON LOAN SERVICING LP
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081-2226

SS001679.

Doc#: 2009-0108857



| Titles: 1 | Pages: 3 |
|---|---|
| Fees | 15.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $15.00 |

SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

A.P.N 0113-571-37

Trustee's Sale No. 08-1870-11

Beneficiary's Loan No. 17081217/VALDEZ

The undersigned grantor declares:
1. The grantee herein was the foreclosing beneficiary.
2. The amount of the unpaid debt together with costs was    $396,425.61
3. The amount paid by the grantee at the Trustee's sale was    $185,000.00
4. The documentary transfer tax is    $0.00
5. The city transfer tax is    ∅
6. Said Property is in the City of:    ONTARIO

THE WOLF FIRM, A LAW CORPORATION as duly appointed trustee under the Deed of Trust hereinafter described, (herein called Trustee) hereby grants and conveys, but without warranty, express or implied, to LaSalle Bank National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-5 (herein called grantee), all right, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the County of San Bernardino, State of California, described as follows:

SEE ATTACHED LEGAL DESCRIPTION MARKED AS EXHIBIT "A" AND INCORPORATED HEREIN BY REFERRENCE.

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust executed by **JACQUELINE M. VALDEZ, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** as Trustor, dated **5/12/2006** and recorded on **5/24/2006**, in book , page , instrument number **2006-0356655** of official records, in the office of the Recorder of San Bernardino County, **California**, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and the posting and publication of copies of the Notice of Sale have been complied with. Said property was sold by said trustee at public auction on **3/2/2009** at the place named in the Notice of Sale in the County of **San Bernardino**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor to said trustee the amount bid, in lawful money of the United States, or by the satisfaction pro tanto, of the obligations then secured by said Deed of Trust.

IN WITNESS WHEREOF THE WOLF FIRM, A LAW CORPORATION, has this day, 3/10/2009 caused its name to be thereunto affixed.

**MAIL TAX STATEMENT TO RETURN ADDRESS ABOVE**

THE WOLF FIRM, A LAW CORPORATION, AS TRUSTEE

By: *Jeany Lee*
JEANY LEE, DEPARTMENT MANAGER

*Jeany Lee,*

State of California ) SS.
County of ORANGE

On 3/10/2009 before me, K. FULLER, Notary Public, Personally appeared, Jeany Lee who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Signature *K. Fuller* _____ (Seal)

K. FULLER, Notary Public

K. FULLER
COMM. # 1617621
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Exp. Nov. 1, 2009

Order No.: 55001679

Customer Reference: 08-1870-11

**EXHIBIT A**

**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF **SAN BERNARDINO**, STATE OF **CALIFORNIA**, AND IS DESCRIBED AS FOLLOWS:

LOT 50 OF TRACT NO. 9570, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 131, PAGE(S) 42 THROUGH 45 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.