Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
Brad M. Simon (244369) brad@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
*Phone*: (949) 472-2377
*Fax*:   (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JAQUELINE M. VALDEZ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50,<br><br>　　　　Defendants | Case No. **EDCV 09-861-VAP (OPx)**<br><br>*[Removal from the Superior Court of California, County of San Bernardino, Case No. CIVRS903354]*<br><br>**CERTIFICATE OF SERVICE RE NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (F.R.C.P. 12(b)(6)); BY DEFENDANT LITTON LOAN SERVICING LP; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE COMPLAINT (F.R.C.P. 12(f)); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER; REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE COMPLAINT** |

　　　I am employed in the County of Orange, State of California.  I am over the age of eighteen years and am not a party to the within action.  My business address is 23101

1

**CERTIFICATE OF SERVICE**

Lake Center Drive, Suite 310, Lake Forest, California 92630.

On April 29, 2009, I served the documents described as **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; BY DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER; REQUEST FOR JUDICIAL NOTICE SUPPORTING DEFENDANT'S MOTION TO DISMISS COMPLAINT** on the interested parties in said action by placing a true and copy thereof in a separate envelope for each of the following named addresses listed below:

**Plaintiff in Pro Per**
Jacqueline M. Valdez
2620 S. Prairie Dunes Pl.
Ontario, CA 91761
Tel.: 909-843-5159

I then sealed each envelope, placed postage fully prepaid thereon, and; placed for collection and mailing each sealed envelope to the listed addressee(s). I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Lake Forest, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jessica Kiefer*
Jessica Kiefer

2

**CERTIFICATE OF SERVICE**