UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE M. VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50,<br><br>　　　　　Defendants. | Case No. EDCV 09-861-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against LITTON LOAN SERVICING, L.P. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 9, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge