**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-861-VAP (OPx)                                    Date:  June 9, 2009

Title:     JAQUELINE M. VALDEZ -v- OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50
================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER: (1) GRANTING MOTION TO DISMISS ; (2) VACATING JUNE 22, 2009 HEARING (IN CHAMBERS)

   The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendant Litton Loan Servicing, L.P. ("Defendant").  Defendant's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

   Defendant filed its Motion on May 11, 2009 to be heard on June 22, 2009. Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Jaqueline M. Valdez ("Plaintiff") represents herself.   Plaintiff filed no timely opposition.  Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Plaintiff's claim against Defendant is dismissed without prejudice.

   **IT IS SO ORDERED.**