**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 09-861-VAP (OPx)                              Date:  September 14, 2009

Title:    JAQUELINE M. VALDEZ -v- OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50

---

PRESENT:  <u>HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE</u>

Marva Dillard                                    None Present
Courtroom Deputy                         Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                         NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than October 13, 2009, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   ●   Proof of service of summons and complaint.

   ●   Answer by the defendant(s) or plaintiff's request for entry of default.

   ●   Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

      In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.


:MINUTES FORM 90                                                     Initials of Deputy Clerk <u>md</u>
CIVIL -- GEN

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    EDCV 09-861-VAP (OPx)                                Date: September 14, 2009

Title:    JAQUELINE M. VALDEZ -v- OWNIT MORTGAGE SOLUTIONS, INC; LITTON LOAN SERVICING; DOES 1 TO 50

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                  None Present
Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                  NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than October 13, 2009, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

:MINUTES FORM 90                                              Initials of Deputy Clerk md
CIVIL -- GEN